**Fill in this information to identify the case:**

Debtor 1     CAREN M EDDINGTON
Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania
Case number 19-12153-elf

Official Form 410S1
**Notice of Mortgage Payment Change**                                                                       12/15

If the debtor's plan provides for payment of post-petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Freedom Mortgage Corporation       **Court claim no.** (if known): 3

**Last four digits** of any number you use to identify the debtor's account:  4158

**Date of payment change:** 12/01/2022
Must be at least 21 days after date of this notice

**New total payment:** $790.62
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

Will there be a change in the debtor's escrow account payment?
☐ No
☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable non bankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

Current escrow payment: $ 360.10     New escrow payment:     $ 358.63

### Part 2: Mortgage Payment Adjustment

Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?
☒ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non bankruptcy law. If a notice is not attached, explain why: _____

Current interest rate:           _____%         New interest rate:        _____%

Current principal and interest payment: $ _____     New principal and interest payment: $ _____

### Part 3: Other Payment Change

Will there be a change in the debtor's mortgage payment for a reason not listed above?
☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change: _____

Current mortgage payment: $ _____     New mortgage payment:  $ _____

Official Form 410S1                 Notice of Mortgage Payment Change                 page 1

Debtor1   CAREN M EDDINGTON                                        Case number *(if known)* 19-12153-elf
         First Name    Middle Name    Last Name

## Part 4: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✖   /s/ Andrew Spivack                                              Date  11/02/2022
     Signature

**Print:  Andrew Spivack (84439)**                                  Title  Attorney
         First Name    Middle Name    Last Name

Company   Brock & Scott, PLLC

Address   8757 Red Oak Blvd., Suite 150
          Number        Street

          Charlotte, NC 28217
City      State     ZIP Code

Contact phone  844-856-6646 x3017                                   Email PABKR@brockandscott.com

Official Form 410S1                Notice of Mortgage Payment Change                            page 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>CAREN M EDDINGTON<br><br>Freedom Mortgage Corporation,<br>     Movant<br><br>vs.<br><br>CAREN M EDDINGTON ,<br>     Debtor | Case No. 19-12153-elf<br>Chapter 13 |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Notice Of Mortgage Payment Change has been electronically served or mailed, postage prepaid on this day to the following:

CAREN M EDDINGTON
4338 LORING ST
PHILADELPHIA, PA 19136

DAVID M. OFFEN, Debtor's Attorney The
 Curtis Center
601 Walnut Street Suite 160 West
Philadelphia, PA 19106
dmo160west@gmail.com

KENNETH E. WEST, Bankruptcy Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Office of the U.S. Trustee, US Trustee
Robert N.C. Nix Federal Building
Suite 300
Philadelphia, PA 19107

<u>November 2, 2022</u>

　　　　　　　　　　　　　　　　　　　　　　　*/s/Andrew Spivack*
　　　　　　　　　　　　　　　　　　　　　　　Andrew Spivack, PA Bar No. 84439
　　　　　　　　　　　　　　　　　　　　　　　Matt Fissel, PA Bar No. 314567
　　　　　　　　　　　　　　　　　　　　　　　Mario Hanyon, PA Bar No. 203993
　　　　　　　　　　　　　　　　　　　　　　　Ryan Starks, PA Bar No. 330002
　　　　　　　　　　　　　　　　　　　　　　　Jay Jones, PA Bar No. 86657
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Creditor
　　　　　　　　　　　　　　　　　　　　　　　BROCK & SCOTT, PLLC
　　　　　　　　　　　　　　　　　　　　　　　8757 Red Oak Boulevard, Suite 150
　　　　　　　　　　　　　　　　　　　　　　　Charlotte, NC 28217
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (844) 856-6646
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (704) 369-0760
　　　　　　　　　　　　　　　　　　　　　　　E-Mail: PABKR@brockandscott.com

**FREEDOM MORTGAGE®**
PO BOX 50428
INDIANAPOLIS, IN 46250-0401

## Escrow Account Disclosure Statement

### Account Information

| | |
|---|---|
| Loan Number: | |
| Property Address: | 4338 LORING ST PHILADELPHIA PA 19136 |
| Statement Date: | 10/20/2022 |
| Current Payment Amount: | $792.09 |
| **New Payment Amount:** | **$790.62** |
| **New Payment Effective Date:** | **12/01/2022** |

CAREN EDDINGTON
4338 LORING ST
PHILADELPHIA PA 19136-3928

You are receiving this statement because you have an escrow account with us. We have safeguards in place to ensure there is enough money in your account to cover your homeowner's insurance, real estate taxes and mortgage insurance, if applicable. However, changes in your taxes and insurance could result in a shortage or surplus in your escrow account.

Based on our most recent escrow analysis, you have a surplus of $436.67. A surplus check in the amount of $436.67 to be printed and mailed in a separate document.

Due to the delinquent status of your account, your surplus will be retained in reserve until the account becomes current. Once your account is current, it is your responsibility to contact Freedom Customer Care at (855) 690-5900 to request the release of any surplus when the status of your account changes.

| | |
|---|---|
| Projected Minimum Balance | $1,041.19 |
| - Required Minimum Balance | $604.52 |
| Surplus | $436.67 |

The required minimum balance (also known as the escrow cushion) is the amount that you are required to pay into your escrow account to cover unanticipated disbursements for escrow items or for disbursements that have to be made before the monthly escrow payments are available in your escrow account.

Part 1 provides your current and the new escrow payment amounts. Part 2 shows what has already happened in your account while Part 3 shows what we anticipate happening in your account over the next 12 months. As tax and insurance amounts may be subject to change each year, the amounts in Part 3 are only estimates.



**PART 1 — Your Mortgage Payment**

Payment information beginning with your 12/01/2022 payment

| Payment Information | Current Monthly Payment | New Monthly Payment |
|---|---|---|
| Principal & Interest: | $431.99 | $431.99 |
| Escrow Payment: | $360.10 | $358.63 |
| **Total Payment:** | **$792.09** | **$790.62** |

Due to the delinquent status of your account, your surplus will be retained in reserve until the account becomes current.

**PART 2 — Your Escrow Account History**

The chart below compares what we projected to occur with actual activity in your escrow account since the last analysis.

### Previous Year's Projections (Estimated)

| Date | Paid In | Paid Out | Description | Balance |
|---|---|---|---|---|
|  |  |  | Beginning Balance | $1,209.11 |
| Jun 2022 | $360.10 | $57.84 | FHA MORTGAGE INSURANCE | $1,511.37 |
| Jul 2022 | $360.10 | $57.84 | FHA MORTGAGE INSURANCE | $1,813.63 |
| Aug 2022 | $360.10 | $57.84 | FHA MORTGAGE INSURANCE | $2,115.89 |
| Sep 2022 | $360.10 | $57.84 | FHA MORTGAGE INSURANCE | $2,418.15 |
| Oct 2022 | $360.10 | $57.84 | FHA MORTGAGE INSURANCE | $2,720.41 |
| Nov 2022 | $360.10 | $57.84 | FHA MORTGAGE INSURANCE | $3,022.67 |
| Dec 2022 | $360.10 | $57.84 | FHA MORTGAGE INSURANCE | $3,324.93 |
| Jan 2023 | $360.10 | $57.84 | FHA MORTGAGE INSURANCE | $3,627.19 |
| Feb 2023 | $360.10 | $57.84 | FHA MORTGAGE INSURANCE | $3,929.45 |
| Mar 2023 | $360.10 | $2,128.00 | HOMEOWNERS | $2,161.55 |
| Mar 2023 | $0.00 | $57.84 | FHA MORTGAGE INSURANCE | $2,103.71 |
| Mar 2023 | $0.00 | $1,499.19 | CITY TAX | $604.52 |
| Apr 2023 | $360.10 | $57.84 | FHA MORTGAGE INSURANCE | $906.78 |
| May 2023 | $360.10 | $57.84 | FHA MORTGAGE INSURANCE | $1,209.04 |
| **Total** | **$4,321.20** | **$4,321.27** |  |  |

### Actual Activity

| Date | Paid In | Paid Out |  | Description | Balance |
|---|---|---|---|---|---|
|  |  |  |  | Beginning Balance | ($1,693.09) |
| Jun 2022 | $371.53 | $57.84 |  |  | ($1,379.40) |
| Jul 2022 | $693.53 | $57.84 |  |  | ($743.71) |
| Aug 2022 | $693.53 | $57.84 |  |  | ($108.02) |
| Sep 2022 | $739.83 | $56.37 * |  |  | $575.44 |
| Oct 2022 | $371.53 | $56.37 ^ |  |  | $890.60 |
| Nov 2022 | $0.00 | $0.00 | E |  | $890.60 |
| Dec 2022 | $0.00 | $0.00 | E |  | $890.60 |
| Jan 2023 | $0.00 | $0.00 | E |  | $890.60 |
| Feb 2023 | $0.00 | $0.00 | E |  | $890.60 |
| Mar 2023 | $0.00 | $0.00 | E |  | $890.60 |
| Mar 2023 | $0.00 | $0.00 | E |  | $890.60 |
| Mar 2023 | $0.00 | $0.00 | E |  | $890.60 |
| Apr 2023 | $0.00 | $0.00 | E |  | $890.60 |
| May 2023 | $0.00 | $0.00 | E |  | $890.60 |
| **Total** | **$2,869.95** | **$286.26** |  |  |  |

An asterisk (*) indicates a difference in that month between the actual activity and the estimated activity.

When applicable, the letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.

A double asterisk (**) indicates a difference in that month between the actual activity and the estimated activity due to interest payable on escrow which is not estimated.

LOAN NUMBER: ███████

(This section intentionally left blank)

**FREEDOM MORTGAGE®**
PO BOX 50428
INDIANAPOLIS, IN 46250-0401

CAREN EDDINGTON
4338 LORING ST
PHILADELPHIA PA 19136-3928

## Escrow Account Disclosure Statement

### Account Information — Page 2

| | |
|---|---|
| Loan Number: | |
| Property Address: | 4338 LORING ST PHILADELPHIA PA 19136 |
| Statement Date: | 10/20/2022 |
| Current Payment Amount: | $792.09 |
| **New Payment Amount:** | **$790.62** |
| **New Payment Effective Date:** | **12/01/2022** |

## PART 3 — Expected Escrow Payments over the next 12 Months

| | |
|---|---|
| HOMEOWNERS | $2,128.00 |
| FHA MORTGAGE INSURANCE | $676.44 |
| CITY TAX | $1,499.19 |
| **Total Disbursements** | **$4,303.63** |

Freedom expects to pay $4,303.63 over the next 12 months.
Here's how to calculate your new monthly escrow payment:

| | |
|---|---|
| Total Disbursements: | $4,303.63 |
| ÷ 12 Months: | 12 |
| **New Monthly Escrow Payment** | **$358.63** |

### Summary of Your Projected Escrow Account for the Coming Year

| Date | Payment to Escrow | What We Expect to Pay Out | Description | Your Actual Balance | Balance Needed In Your Account |
|---|---|---|---|---|---|
| | | | Beginning Balance | $3,459.34 | $3,022.67 |
| Dec 2022 | $358.63 | $56.37 | FHA MORTGAGE INSURANCE | $3,761.60 | $3,324.93 |
| Jan 2023 | $358.63 | $56.37 | FHA MORTGAGE INSURANCE | $4,063.86 | $3,627.19 |
| Feb 2023 | $358.63 | $56.37 | FHA MORTGAGE INSURANCE | $4,366.12 | $3,929.45 |
| Mar 2023 | $358.63 | $2,128.00 | HOMEOWNERS | $2,596.75 | $2,160.08 |
| Mar 2023 | $0.00 | $56.37 | FHA MORTGAGE INSURANCE | $2,540.38 | $2,103.71 |
| Mar 2023 | $0.00 | $1,499.19 | CITY TAX | $1,041.19 | $604.52 * |
| Apr 2023 | $358.63 | $56.37 | FHA MORTGAGE INSURANCE | $1,343.45 | $906.78 |
| May 2023 | $358.63 | $56.37 | FHA MORTGAGE INSURANCE | $1,645.71 | $1,209.04 |
| Jun 2023 | $358.63 | $56.37 | FHA MORTGAGE INSURANCE | $1,947.97 | $1,511.30 |
| Jul 2023 | $358.63 | $56.37 | FHA MORTGAGE INSURANCE | $2,250.23 | $1,813.56 |
| Aug 2023 | $358.63 | $56.37 | FHA MORTGAGE INSURANCE | $2,552.49 | $2,115.82 |
| Sep 2023 | $358.63 | $56.37 | FHA MORTGAGE INSURANCE | $2,854.75 | $2,418.08 |
| Oct 2023 | $358.63 | $56.37 | FHA MORTGAGE INSURANCE | $3,157.01 | $2,720.34 |
| Nov 2023 | $358.63 | $56.37 | FHA MORTGAGE INSURANCE | $3,459.27 | $3,022.60 |
| | $4,303.56 | $4,303.63 | | | |

The required minimum balance, as indicated by the asterisk (*) in the summary above, is determined by the Real Estate Settlement Procedures Act (RESPA), your mortgage contract or state law. Your minimum balance may include up to two months of escrow payments (excluding PMI/MIP) to cover increases to your taxes and homeowners insurance.

## PART 4 — What This Means to You

Your escrow balance is more than the amount needed in your account. The resulting surplus is $436.67. Federal Law requires that any surplus of $50.00 or greater must be returned to you within 30 days from the date of analysis.

Due to the delinquent status of your account, your surplus will be retained in reserve until the account becomes current.

Did you know by having recurring payments set up through FreedomMortgage.com, we'll adjust for any changes in your monthly payment automatically? However, if you have automatic bill pay through your bank, you'll need to contact them directly to adjust your payment. To sign up for recurring payments, login to your Freedom Mortgage account or register today at MyAccount.FreedomMortgage.com.

## PART 5 — How You Can Reach Us with Questions

Should you have any questions regarding the information provided in this statement please do not hesitate to contact us at (855) 690-5900. Customer Care representatives are available to assist you Monday through Friday 8:00am – 8:00pm and Saturday 9:00am – 2:00pm Eastern Time.

LOAN NUMBER:

**FREEDOM MORTGAGE®**
PO BOX 50428
INDIANAPOLIS, IN 46250-0401

CAREN EDDINGTON
4338 LORING ST
PHILADELPHIA PA 19136-3928

## Escrow Account Disclosure Statement

### Account Information

| | |
|---|---|
| Loan Number: | |
| Property Address: | 4338 LORING ST<br>PHILADELPHIA PA 19136 |
| Statement Date: | 10/20/2022 |
| Current Payment Amount: | $792.09 |
| **New Payment Amount:** | **$790.62** |
| **New Payment Effective Date:** | **12/01/2022** |

FREEDOM MORTGAGE CORPORATION IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

IMPORTANT NOTICE: TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED IN BANKRUPTCY, IS SUBJECT TO THE AUTOMATIC STAY OR IS PROVIDED FOR IN A CONFIRMED PLAN, THIS COMMUNICATION IS FOR REGULATORY COMPLIANCE AND/OR INFORMATIONAL PURPOSES ONLY, AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.